IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KINGMAN HOLDINGS, L.L.C., as Trustee of Cedar Lane 2721 Land Trust, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | CV. NO. 5:14-CV-497-DAE |

## JUDGMENT

As set out in the Court's previous Order, Defendant Wells Fargo's Motion to Dismiss (Dkt. # 3) is **GRANTED** such that Plaintiff's claims are **DISMISSED**. (Dkt. # 7.) Pursuant to Local Rule CV-7(j) and Federal Rule of Civil Procedure 54(d)(2), Defendant shall have fourteen (14) days to move for attorney's fees and costs with an accompanying memo setting forth the method by which the amount of fees was computed.

This action is hereby **CLOSED**.

**DATED:** San Antonio, Texas, August 4, 2014.

_____
David Alan Ezra
Senior United States Distict Judge

1